AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeffrey Wayne Scott | ) | Case No: 4:10-CR-62-1FL |
| | ) | USM No: 54614-056 |
| Date of Original Judgment: May 20, 2011 | ) | |
| Date of Previous Amended Judgment: | ) | Robert Waters |
| (Use Date of Last Amended Judgment if Any) | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___87___ months **is reduced to** ___70 months___.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 20, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/6/2014

*/s/ Louis W. Flanagan*
*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Louis W. Flanagan, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011   Case 4:10-cr-00062-FL   Document 66   Filed 11/06/14   Page 1 of 1